UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUN ZHAO and ZIJIAN WU, individuals,

    Plaintiffs,

-against-

EXTREMELY BRIGHT INTERNATIONAL INVESTMENT LIMITED, a British Virgin Islands limited company, and WEI ZHENG, an individual,

    Defendants.

Case No: 1:18-cv-08257-AJN-SN

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, the Plaintiffs *pro se*, Yun Zhao and Zijian Wu, and attorneys of record for Defendants, Extremely Bright International Investment Limited and Wei Zheng, that the above entitled action be, and the same hereby is, dismissed with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a), subject to the terms of a Settlement Agreement and Release executed on December 20, 2018.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that the Court may enter this Stipulated Order.

Dated: December 21, 2018
New York, New York

_____
Yun Zhao
*Plaintiff Pro Se*

_____
Zijian Wu
*Plaintiff Pro Se*

SICHENZIA ROSS FERENCE LLP

By: _____
Thomas McEvoy, Esq.
Jay M. Kaplowitz, Esq.
Huan Lou, Esq.
1185 Avenue of the Americas, 37th Floor
New York, NY 10036
Tel. (212) 930-9700
tmcevoy@srfkllp.com

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE