

**SICHENZIA ROSS FERENCE** LLP

December 21, 2018

*Via ECF*

Honorable Alison J. Nathan
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 219
New York, New York 10007

Re: *Yun Zhao, et al. v. Extremely Bright International Investment Ltd., et al.*
Civil Action No. 18-cv-8257-AJN-SN

Dear Judge Nathan:

As the Court is aware, we are counsel for Defendants, Extremely Bright International Investment Ltd. and Wei Zheng, in the above-referenced matter. Today, we filed a Joint Stipulation for Voluntary Dismissal with Prejudice ("Stipulation") (ECF Dkt. No. 32).

Because the Stipulation is signed by Plaintiffs *pro se*, we believe a brief explanation to the Court of recent developments is warranted. Shortly after midnight today, we were copied on an e-mail from one of the Plaintiffs, individually, attaching a correspondence signed by both Plaintiffs and addressed to their prior counsel, CKR Law, indicating that they were terminating the attorney-client relationship with their attorneys and wished to proceed in this matter *pro se*. Subsequently, we received the Stipulation signed by Plaintiffs *pro se*.

Out of an abundance of caution, at or about 1:51 p.m. today, I sent an e-mail to the counsel of record for CKR Law, indicating (1) our understanding that they no longer were representing Plaintiffs based on the signed correspondence we received from Plaintiffs, and (2) our intent to file the fully executed Stipulation by 4 p.m. today. We never heard anything from CKR Law in response and, accordingly, proceeded with filing the Stipulation.

We thank the Court for its attention to this matter.

Respectfully submitted,

Thomas McEvoy, Esq. (TM-1984)

cc: Parties (*via ECF*)