# EXHIBIT B

**CKR Law LLP**

1330 Ave of the Americas
New York, NY 10019

Tel: 212.259.7300
Fax: 212.259.8200

www.CKRLaw.com

November 28, 2018

INVOICE SUBMITTED TO:

Zijian Wu
306 Henrong Fudi
Henrong Road, Jiading District
Shanghai
China

Page: 1

In Reference To: **SSLJ - Zhao v. Zheng**              Account No.  9514.002   Invoice No.  29858

**Professional Services:**

| Date | | Description | Hours |
|---|---|---|---|
| 08/27/2018 | BSD | Review proposal re reverse merger; review EDGAR filings; review foreign private issuer reporting requirements; emails to and from N. Zhang, C. Westfall. | 0.90 |
| 08/28/2018 | BSD | Emails to and from N. Zhang, C. Westfall, J. Rinde re company history and corporate actions; review EDGAR filings. | 0.80 |
| 08/29/2018 | BSD | Emails to and from N. Zhang, C. Westfall; conference with J. Rinde, K. Blase, R. Felicello, J. Zhou re company history and corporate actions; review EDGAR filings. | 2.00 |
| | NXZ | Coordinate with Harneys, client and capital markets group to prepare the filing. | 4.60 |
| | JZH | Telephone calls and correspondence with Company; telephone calls and correspondence with N. Zhang and C. Westfall; review Company filings; drafting press release and 6-K; review Company corporate governance documents. | 10.50 |
| 08/30/2018 | NXZ | Coordinate with the client and capital markets group on the background, revise engagement letter. | 2.30 |
| 08/31/2018 | BSD | Conference with J. Zhou re engagement; email to J. Rinde re same. | 0.20 |
| | NXZ | Coordinate internally on the engagement letter. | 1.50 |
| 09/03/2018 | NXZ | Coordinate with Cayman Islands counsel on director registration, and check with the client on the status. | 1.40 |
| 09/04/2018 | YXW | Update translation for engagement letter with SSLJ; translate SSLJ's email to be sent to its Cayman attorney. | 2.00 |
| | BSD | Conference with J. Zhou; review letter from Sichenzia; emails to and from CKR team re same. | 0.30 |
| | JZH | Research and review of letter of intent; meeting with M. Maloney re same. | 0.50 |
| 09/05/2018 | MJM | Review and analyze letter from Sichenzig in connection with representation of | |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | company; review and analyze records from investor in connection with investigation into malfeasance of director. | 1.10 |
| | BSD | Emails to and from J. Rinde re letter from Sichenzia. | 0.10 |
| 09/06/2018 | JAR | Telephone calls with N. Zhang; correspondence with N. Zhang. | 1.10 |
| 09/07/2018 | MJM | Conference with J. Rinde re: demand letter to transfer agreement re: breach of contract for purchase of shares; review and analyze records in connection with same. | 0.60 |
| | MJM | Conference and emails with J. Freeman, Securities Transfer Corp., re: legal claims on Class B shares of SSLJ. | 0.30 |
| | MJM | Review and analyze records and translations in connection with preparation of complaint and application for temporary restraining order against Zhang. | 3.20 |
| | REF | Conference with M. Maloney re: Transaction, potential remedies. | 0.10 NO CHARGE |
| | REF | Conference further with M. Maloney re: matter. | 0.10 NO CHARGE |
| | JAR | Telephone calls with N. Zhang; telephone calls with M. Maloney; telephone call with J. Zhou; correspondence with M. Maloney; correspondence with N. Zhang. | 2.20 |
| | BSD | Conference with and email to M. Maloney re letter from Sichenzia and Letter of Intent; emails to and from N. Zhang, J. Rinde, C. Westfall, J. Zhou. | 0.30 |
| | NXZ | Coordinate with the stop order, prepare documents for J. Li's signature. | 4.20 |
| | WXZ | Coordinate with litigation team on restraining order. | 1.00 |
| 09/08/2018 | MJM | Review and revise complaint against Zhang et al. re: SSLJ; Review and revise application for TRO in connection with same; review and analyze records in connection with same. | 3.70 |
| | YXW | Translate Power of Attorney; translate question lists for interview with H. Jin, Y. Zhao, Z. Wu and N. Wang; interview with H. Jin; draft note for interview with H. Jin. | 4.00 |
| | JAR | Telephone calls with N. Zhang; correspondence with N. Zhang. | 0.90 |
| | JZH | Reviewing declarations and researching NASDAQ rules regarding proxy contest. | 1.00 |
| | WXZ | Coordinate with the client and internal team on affirmation and interviews. | 3.40 |
| 09/09/2018 | MJM | Review and revise client affidavit in connection with application for TRO; review and revise attorney affidavit in connection with same; review and revise additional affidavits in connection with same; review and analyze records in connection with same. | 4.20 |
| | REF | Review and comment on affidavit in support of Order to Show Cause; legal research in support of preliminary injunction Draft memorandum of law. | 2.70 |
| | YXW | Interview with N. Wang and Y. Zhao and Z. Wu; draft note for interview with N. Wang and Y. Zhao and Z. Wu; translate H. Jin's affidavit; translate N. Wang's | |

|  |  |  | Hours |
|---|---|---|---|
|  |  | affidavit; translate Y. Zhao's affidavit; coordinate with Jin, Wang and Zhao re the execution of the affidavits. | 6.00 |
|  | JAR | Telephone call with N. Zhang. | 0.70 |
|  | JZH | Reviewing and revising declarations. | 0.50 |
|  | WXZ | Prepare revised documents for signatures, coordinate with the client and team on affirmations. | 2.30 |
|  | WXZ | Prepare declarations for state case; communicate with client and coordinate with litigation team regarding same. | 3.50 |
| 09/10/2018 | ZHR | Review the documents (affirmations, letter of intent); research case law, draft Memorandum of Law in support of application for TRO and preliminary injunction; office conference with M. Maloney re the matter; compare executed affirmations of N. Wang, H. Jin and Y. Zhao to draft revised affirmations; revise affirmations (adjustment for a federal case); revise Memorandum of Law. | 6.50 |
|  | MJM | Review and revise declaration of Y. Zhao in connection with application for TRO; Review and revise declaration of H. Jin in connection with same; Review and revise declaration of N. Wang in connection with same. | 4.20 |
|  | MJM | Review and analyze records and translations in connection with preparation of application for TRO; conference with W. Zhang re: same. | 2.40 |
|  | MJM | Emails and conference with W. Zhang and W. Zheng re: request for client for legal advice re: litigation strategy. | 2.30 |
|  | MJM | Legal research in connection with same. | 0.70 |
|  | MJM | Review and revise Memorandum of Law in support of application for TRO; review and analyze records and translations in connection with same. | 3.10 |
|  | MJM | Review and revise complaint against defendant in connection with securities fund referring to letter of work. | 2.10 |
|  | MJM | Prepare for and attend court in connection with application for TRO and commencement of action. | 3.20 |
|  | REF | Review TRO and PI standards; legal research in support of preliminary injunction; review procedure for bringing an order to show cause on TRO and PI in federal court; Draft email to team re: TRO/PI procedure; telephone call with M. Maloney re: securities claim, matter; review complaint; send revisions to M. Maloney; review and finalize same. | 2.60 |
|  | YXW | Translate Letter of Intent; translate H. Jin's declaration; translate N. Wang's declaration; translate Y. Zhao's declaration. | 2.50 |
|  | JAR | Review various documents; correspondence with N. Zhang. | 0.90 |
|  | JZH | Reviewing letter of intent; reviewing declarations. | 0.30 |
|  | NXZ | Coordinate with the litigation group and the client on the change of venue and |  |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | re-execution of declarations. | 1.00 |
| | WXZ | Prepare declarations for federal case; communicate with client regarding same. | 3.00 |
| 09/11/2018 | ZHR | Entered changes into the complaint; communicate with R. Felicello and M. Maloney re the same. | 0.20 |
| | MJM | Supervise service of papers in accordance with court order. | 0.60 |
| | MJM | Emails and conference with N. Zhang, W. Zhang et al re: legal advice to client re: application for TRO and proceedings before court in connection with same. | 0.80 |
| | REF | Review Memorandum of Law and Declaration of M. Maloney in support of same; conference with M. Maloney re: same; revise Memorandum of Law and legal research in support of same; telephone call to H. Lou (Sichenzia) to provide notice; continue to revise Memorandum of Law; finalize documents for court; travel to Court to submit OTCS, appear in court re: same; return travel to office; conference with J. Rinde and M. Maloney re: shares, VIE structure. | 7.40 |
| | YXW | Translate wiring records; conduct legal research on director's right to exercise his director's rights in prison under Cayman corporate law and NASDAQ exchange rule. | 3.00 |
| | NXZ | Coordinate with the client and litigation group, prepare wire receipts, review and revise compliant. | 2.40 |
| | WXZ | Review and revise pleading document; finalize declarations; communicate with client and litigation team regarding case status. | 2.50 |
| 09/12/2018 | ZHR | Draft supplemental declaration in support of an OSC for preliminary injunction; draft a letter to the court; draft affirmations of service of the OSC papers; prepare exhibits for the affirmations of service; communicate with M. Maloney and R. Felicello re the same; redacted attachments to the affirmation of service to be filed with the court. | 2.50 |
| | MJM | Draft supplemental declaration of W. Zhang in further support of application for TRO; review and analyze records and translations in connection with same. | 3.10 |
| | MJM | Prepare for and attend proceedings before court in connection with application for TRO; conference with opposing counsel in connection with same. | 3.10 |
| | MJM | Emails and conference with N. Zhang and W. Zhang re: proceedings before court and legal advice to client in connection with same. | 0.90 |
| | REF | Review news article & police report re: W. Zheng; review court order & email M. Maloney re: same; revise declaration and confer with W. Zhang re: same; conference with Z. Rubens re: affirmation; review submission; travel to court to attend TRO hearing; return travel to office. | 3.80 |
| | YXW | Translate the local police's announcement and news in connection with the arrest of W. Zhang. | 1.50 |
| | JAR | Telephone calls with N. Zhang; office conference with M. Maloney; conference call with N. Zhang, M. Maloney; correspondence with M. Maloney. | 2.80 |
| | NXZ | Communications with the client and internal groups. | 2.80 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | WXZ | Prepare court filing papers. | 2.20 |
| 09/13/2018 | ZHR | Read a transcript from the September 12, 2018 hearing on plaintiffs' application for a restraining order; draft a stipulated order; send it to M. Maloney and R. Felicello. | 1.20 |
| | MJM | Conference and emails with N. Zhang and W. Zhang re: request from client for legal advice re: new steps; conference with T. McEvoy re: restraining order on consent and meet and confer re: discovery schedule. | 0.70 |
| | MJM | Review and revise draft stipulated restraining order on consent. | 0.70 |
| | MJM | Draft letter to T. McEvoy re: settlement demand. | 0.70 |
| | REF | Conference with W. Zhang re; matter, court decision; review additional information re: matter; telephone call with opposing counsel re: disputes re: discovery plan; conference with M. Maloney re: dates for expedited discovery; review letter with M. Maloney; conference with opposing counsel and M. Maloney re: same. | 0.80 |
| 09/14/2018 | YXW | Translate business operating agreement. | 2.00 |
| | WXZ | Coordinate with client and litigation team regarding case status. | 0.60 |
| 09/17/2018 | MJM | Draft settlement letter to counsel for defendants; emails with N. Zhang and W. Zhang re: same; review and analyze same; email to opposing counsel re: same. | 1.40 |
| | WXZ | Review and revise letter to opposing counsel regarding settlement. | 0.60 |
| 09/18/2018 | REF | Review stipulated order and forward same to CKR team. | 0.10 |
| 09/19/2018 | ZHR | Research on equitable remedies; draft a short memo with the results. | 1.30 |
| | MJM | Draft memo to client re: legal strategy going forward; Review and analyze records and SEC filings in connection with same; conference with J. Rinde and R. Felicello re: same; Review and revise memo in connection with same; emails with N. Zhang re: same. | 6.20 |
| | REF | Review letter/memo to clients re: status, options. | 0.20 |
| | REF | Conference with M. Maloney re: receivership, eligible shareholders; review memo & revise same; legal research in support of same. | 0.40 |
| | JAR | Review memo; telephone call with M. Maloney. | 0.60 |
| | NXZ | Coordinate with the client and the litigation team on the legal memo. | 1.50 |
| 09/20/2018 | MJM | Review and analyze email for N. Zhang re: application for appointment of Independent directors; emails with R. Felicello re: same. | 0.60 |
| 09/21/2018 | MJM | Review and analyze draft request for pardon in connection with application for preliminary injunction; emails and conference with C. Covington re: same. | 0.40 |
| | JAR | Revise Non-Disclosure Agreement. | 0.40 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/22/2018 | NXZ | Draft Non-Disclosure Agreement as requested by the client, communicate between the client and litigation on the new evidence and its impact on the new lawsuit against W. Zhang. | 1.80 |
| 09/24/2018 | REF | Review document from client re: transfer; review client documents; conference with M. Maloney and S. Rao re: assignment. | 0.20 |
| | MJM | Review and analyze records in connection with evaluation of legal strategy to obtain records of SSLJ; conference with S. Rao re: same; emails with N. Zhang and other re: records provided by client and translations of same. | 0.60 |
| | YXW | Translate evidences and draft summary re W. Zhang's transfer of SSLJ's money raised in the U.S. to himself. | 5.00 |
| | NXZ | Coordinate with the client and litigation team on the evidences received and the next step plan. | 2.50 |
| 09/25/2018 | REF | Review court order and calendar conference date. | 0.10 |
| | MJM | Conference with S. Rao re: derivative claims against SSLJ and legal strategy in connection with same; emails with J. Rinde, R. Felicello and S. Rao in connection with same. | 0.70 |
| | MJM | Conference with S. Rao re: drafting papers in connection with legal strategy. | 0.50 |
| 09/26/2018 | REF | Conference with S. Rao re: matter, common law claims, etc. | 0.10 |
| | REF | Telephone call with M. Maloney re: strategy, steps; draft affidavit for legal opinion re: Chinese law; email C. Covington re: new assignment. | 1.00 |
| | MJM | Conference with S. Rao re: derivative claims against SSLJ and injunctions; review and analyze case law in connection with same; review and analyze new evidence submitted by client. | 2.30 |
| | NXZ | Communicate with the client and litigation group on the status of the case and coordinate on the documents necessary to file for the control. | 2.40 |
| 09/27/2018 | REF | Finalize declaration for PRC legal expert; review filing and respond to N. Zhang; telephone call with T. McEvoy re: settlement offer. | 1.70 |
| | REF | Prepare for tomorrow's court appearance. | 0.60 |
| | MJM | Review and revise declaration of expert re: Chinese Law and emails in connection with same. | 0.90 |
| | YXW | Translate Document Preservation Notice to Y. Zhao and Z. Wu; translate declaration of SSLJ's Chinese attorney; update translation for declaration of N. Wang. | 3.00 |
| | NXZ | Revise declaration and coordinate with the client on the instruction of letter; coordinate with the client on the status of the case. | 2.80 |
| 09/28/2018 | ZHR | Order a transcript from today's court conference; email R. Felicello and M. Maloney re the same. | 0.20 |

|  |  |  | Hours |
|---|---|---|---|
|  | REF | Prepare for court hearing. | 0.10 |
|  | REF | Attend scheduling conference; telephone call with M. Maloney re: same. | 0.80 |
|  | REF | Respond by email to W. Zhang re: today's hearing. | 0.10 |
|  | REF | Review email from N. Zhang re: matter; conference with M. Maloney and J. Rinde re: same, next steps telephone call with M. Maloney re potential response and information from N. Zhang; legal research in support of potential new injunction; Draft memo of law in support of new OTSC; conference with S. Rao re: notice letter to insurance carrier. | 2.50 |
|  | YXW | Draft declarations for SSLJ's Chinese attorney and SSLJ (Wuhan)'s management and executives. | 2.00 |
|  | JAR | Office conference with M. Maloney; telephone call with N. Zhang. | 1.20 |
|  | NXZ | Draft confirmation of operation letter for the government's attorney's review. | 1.80 |
|  | WXZ | Review and revise declaration. | 0.80 |
| 09/29/2018 | REF | Review Draft brief by C. Covington; email C. Covington re: same; email W. Zhang re; info re: advertisement in China. | 0.20 |
|  | WXZ | Review and revise declarations for company executives and counsel; communicate with client regarding same. | 2.00 |
| 10/01/2018 | JZH | Reviewing and revising voting agreement and proxy agreement. | 1.50 |
|  | MJM | Review and analyze proxy agreement and related documents in connection with settlement of claims; conference with R. Felicello and J. Zhao re: same. | 0.90 |
| 10/02/2018 | REF | Review transcript of court proceedings. | 0.20 |
|  | MJM | Review and revise drafts in connection with settlement discussions; conferences and emails with R. Felicello and N. Zhang re: same. | 0.90 |
| 10/04/2018 | REF | Email N. Zhang re: stipulation and settlement agreement; finalize stipulation and send same to opposing counsel.; telephone call to T. McEvoy (no answer); conference with M. Maloney re: same. | 0.50 |
|  | MJM | Conference and emails with R. Felicello and N. Zhang re: settlement and stipulation in connection with same. | 0.90 |
|  | NXZ | Coordinate the term sheet with the capital markets team on questions. | 1.60 |
| 10/05/2018 | REF | Review current strategy; draft letter brief to file with the court re: open issues; legal research to support same; revise and finalize letter brief to court; file same. | 3.80 |
|  | MJM | Emails and conference with R. Felicello and J. Sefich re: production of protective order; review and analyze orders and insurance records. | 1.30 |
|  | NXZ | Coordinate with teams and draft voting agreement, indemnification and release and |  |

|            |      |                                                                                                                                                                                                                          | Hours |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |      | arrange translation                                                                                                                                                                                                       | 6.20  |
|            | WXZ  | Review and revise transaction agreements                                                                                                                                                                                  | 3.20  |
| 10/06/2018 | MJM  | Review and revise Lantau trial exhibit list; review and revise direct examination in connection with same.                                                                                                                | 1.90  |
|            | NXZ  | Coordinate with the client and team on definitive transaction agreements                                                                                                                                                  | 5.80  |
|            | WXZ  | Review and revise transaction documents                                                                                                                                                                                   | 3.00  |
| 10/07/2018 | MJM  | Review and analyze response by GPG re: settlement offer.                                                                                                                                                                  | 0.30  |
|            | NXZ  | Coordinate with the client and prepare term summary                                                                                                                                                                       | 2.00  |
|            | WXZ  | Coordinate with client and litigation team on negotiation with opposing counsel and stipulated order                                                                                                                      | 1.00  |
| 10/08/2018 | MJM  | Conference with R. Felicello and W. Zhang re: settlement and legal strategy in connection with same.                                                                                                                      | 0.40  |
|            | REF  | Telephone call with W. Zhang and M. Maloney re: matter, strategy re: W. Zheng; review insurance policy and respond to N. Zhang re: same; review email from N. Zhang and respond to same (multiple) re: various documents; draft memorandum of understanding and review same. | 2.00  |
|            | REF  | Exchange emails with N. Zhang re: strategy.                                                                                                                                                                               | 0.10  |
|            | NXZ  | Revise transaction documents based on the further negotiation and prepare term summary                                                                                                                                    | 4.90  |
|            | WXZ  | Coordinate with litigation team on court filing and negotiation with opposing counsel                                                                                                                                     | 1.20  |
| 10/09/2018 | REF  | Telephone call with W. Zhang re: settlement; memorandum of understanding; exchange emails with N. Zhang re: same.                                                                                                         | 0.20  |
|            | REF  | Draft settlement agreement.                                                                                                                                                                                               | 1.40  |
|            | REF  | Conference with M. Maloney re: response to N. Zhang re: settlement, etc.; revise settlement agreement.                                                                                                                    | 0.50  |
|            | NXZ  | Revise settlement agreement and coordinate translation of the loan agreement                                                                                                                                              | 3.60  |
|            | WXZ  | Review and revise settlement agreement and transaction documents                                                                                                                                                          | 2.20  |
|            | YXW  | Translate convertible promissory note                                                                                                                                                                                     | 2.50  |
| 10/10/2018 | ZHR  | Send an invoice for the transcript of the September 28, 2018 court conference for payment; organize case files.                                                                                                           | 0.10  |
|            | REF  | Telephone call with opposing counsel re: settlement; revise settlement agreement; send to team.                                                                                                                           | 1.10  |
|            | WXZ  | Coordinate with negotiation with opposing counsel; review and revise transaction                                                                                                                                          |       |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | documents | 2.60 |
| | YXW | Review and Revise translation of Settlement Agreement and Release, Loan Repayment Agreement, Voting Agreement and Irrevocable Proxy. | 2.50 |
| | YXW | Revise translation for Convertible Promissory Note. | 0.50 |
| 10/11/2018 | ZHR | Prepare cover letter (add judges' addresses, letter head, check judges' rules, email M. Maloney and R. Felicello re the same). | 0.30 |
| | MJM | Conference and emails with R. Felicello, K. Blase, and N. Zhang re: settlement discussions and legal advice concerning same. | 0.80 |
| | REF | Telephone call with J. Kaplowitz re: settlement (multiple); email team re: same; follow up call with J. Kaplowitz re: trasnaction, settlement agreement; conference with J. Rinde re: same; conference with M. Maloney re: strategy; conference with K. Blase re: same; telephone call with H. Lou re: agreement; finalize letter. | 1.30 |
| | NXZ | Coordinate with the client and litigation group with the revised terms and prepare draft letter | 2.30 |
| | WXZ | Coordinate with negotiation with opposing counsel and transaction documents | 2.00 |
| 10/12/2018 | REF | Email N. Zhang re: meeting with opposing counsel; telephone call with J. Rinde re: matter; draft email to opposing counsel; telephone call with J. Zhou re: amended notice of hearing; prepare documents. | 0.60 |
| | REF | Draft email to team re: court decision. | 0.10 |
| | NXZ | Coordinate with the client and litigation group on a potential meeting | 1.60 |
| 10/13/2018 | NXZ | Revise transaction documents based on the latest negotiation | 3.00 |
| 10/14/2018 | YXW | Revise translation for Put Option Agreement, Proxy Agreement, Loan Repayment Agreement, Settlement Agreement and Release | 2.00 |
| 10/15/2018 | WXZ | Prepare transaction documents | 2.50 |
| 10/16/2018 | YXW | Prepare issue list for four definitive agreements | 1.50 |
| 10/17/2018 | NXZ | Meeting and negotiation; update with the client | 5.00 |
| | WXZ | Revise transaction documents; coordinate with negotiation | 1.50 |
| 10/18/2018 | NXZ | Communicate with the client | 0.50 |
| | REF | Attend conference with H.Lou, N. Zhang and J. Zhou at Sichenzia to discuss transactions/settlement. | 3.50 |
| 10/19/2018 | NXZ | Call with the other side, communicate with the client | 1.00 |
| 10/20/2018 | NXZ | Email the capital markets, Cayman counsel on various outstanding issues | 0.50 |
| 10/22/2018 | NXZ | Review the definitive agreements from the other side and prepare issues list | 4.60 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/23/2018 | JLS | Prepare definitive agreements. | 2.50 |
| | NXZ | Review and revise transaction documents and prepare for signing; prepare checklist | 7.00 |
| | WXZ | Coordinate on signing of transaction documents; prepare issue list | 2.50 |
| | JLS | Review definitive documents. | 2.20 |
| | YXW | Revise translation for Put Option Agreement and Proxy Agreement | 1.50 |
| | YXW | Revise Translation for Settlement Agreement and Release | 0.50 |
| 10/24/2018 | NXZ | Revise transaction documents, prepare checklist, review and prepare issues list | 9.00 |
| | WXZ | Review and revise transaction documents for signing; prepare issue list | 5.50 |
| | JLS | Assist in closing; review definitive documents. | 6.70 |
| | YXW | Prepare Signature Packets for the Settlement | 2.00 |
| 10/25/2018 | REF | Review settlement documents and conference with M. Maloney re: same. | 0.40 |
| | MJM | Review and analyze settlement papers in connection with finalization of same. | 0.90 |
| | NXZ | Coordinate the signing of the transaction, attend conference calls and turn around documents | 6.00 |
| | WXZ | Prepare and revise transaction documents for signing | 6.50 |
| | JLS | Assist in Closing. | 4.50 |
| | YXW | Revise translation for Convertible Promissory Notes and Draw Drown Notes; update signature packet for Yun Zhao's side | 2.00 |
| 10/26/2018 | REF | Review changes to documents. | 0.10 |
| | NXZ | Coordinate the signing of the transaction | 3.00 |
| | JLS | Closing. | 8.20 |
| | YXW | Update translation for four definitive agreements | 2.00 |
| 10/29/2018 | JLS | Assist in closing and releasing documents. | 1.20 |
| | NXZ | Coordinate the signing documents | 1.20 |
| 10/30/2018 | JLS | Continue to assist in closing and post-closing. | 0.90 |
| | NXZ | Attend conference call on trust formation; coordinate and follow up on resignation letters, etc. | 1.70 |
| | YXW | Organize all the executed documents received from the counterparty; compare and verify the four executed definitive agreements received from the counterparty | 1.00 |

|            |     |                                                                                                                                                         | Hours |         |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------|-------|---------|
| 10/31/2018 | JLS | Review correspondence re: post-closing.                                                                                                                 | 0.20  |         |
|            | NXZ | Review signing documents and provide comments                                                                                                           | 4.60  |         |
| 11/01/2018 | NXZ | Coordinate with estate planning, capital markets, client on the disclosure and timing; prepare confirmation letter                                      | 5.40  |         |
|            | YXW | Translate email sent to the counterparty re the issue list for the transaction documents                                                                | 0.50  |         |
| 11/03/2018 | YXW | Summarize outstanding issues re the closing of the settlement; translate the summary                                                                    | 1.50  |         |
| 11/04/2018 | NXZ | Summarize outstanding items for signing; review Boustead agreement;                                                                                     | 1.50  |         |
| 11/05/2018 | NXZ | Coordinate signing documents; attend call with clients, revise confirmation letter and other documents for signing; update documents with dates         | 4.50  |         |
|            | YXW | Prepare final execution package for the settlement transaction                                                                                          | 1.00  |         |
| 11/07/2018 | JLS | Assist in closing.                                                                                                                                      | 3.50  |         |
|            | YXW | Prepare final execution set for the closing documents;                                                                                                  | 0.50  |         |
|            | NXZ | Coordinate with the other side on the final execution documents                                                                                         | 2.00  |         |
| 11/08/2018 | JLS | Assist in closing; arrange dismissal of lawsuit.                                                                                                        | 0.20  |         |
| 11/09/2018 | NXZ | Coordinate with both clients and internally on the next step of the transaction                                                                         | 1.50  |         |
|            | MJM | Review and analyze emails from N. Zhang re: agreement between Z. Wu and Y. Zhao; conference with R. Felicello re: same.                                 | 0.40  |         |
|            |     |                                                                                                                                                         | 408.40 |        |

|                                      | Hours  |            |
|--------------------------------------|--------|------------|
| **Total Billable Hours**             | 408.40 | 228,524.50 |
| **Courtesy Discount**                |        | -22,852.45 |
| **Net Fees after Courtesy Discount** |        | 205,672.05 |
| Total Non-billable Hours             | 13.30  |            |

### Fee Summary

| Timekeeper        | Hours  | Rate     | Total     |
|-------------------|--------|----------|-----------|
| DiPaolo, Barrett, S. | 4.60   | $695.00 | $3,197.00 |
| Rinde, Jeffrey A. | 10.80  | 850.00   | 9,180.00  |
| Maloney, Michael J. | 64.00 | 715.00   | 45,760.00 |
| Zhou, Jason       | 14.30  | 550.00   | 7,865.00  |
| Li, Jing          | 30.10  | 500.00   | 15,050.00 |
| Zhang, Ning       | 123.00 | 550.00   | 67,650.00 |
| Wang, Yiqi        | 52.50  | 300.00   | 15,750.00 |
| Felicello, Rosanne E. | 41.20 | 695.00  | 28,634.00 |
| Rubens, Zofia H.  | 12.30  | 395.00   | 4,858.50  |
| Zhang, Wei        | 55.60  | 550.00   | 30,580.00 |

## Expenses

| Date | Description | Amount |
|---|---|---:|
| 09/11/2018 | Support Staff H. Bullock - SSLJ - Service of Papers to Opposing Counsel | 93.75 |
| 09/11/2018 | Support Staff - K. Phillip - SSLJ - Service of docs @ M. Maloney request | 250.00 |
| 09/18/2018 | Depositions Transcripts Southern District Reporters PC - Invoice #050395-IN | 63.84 |
| 09/18/2018 | Depositions Transcripts Southern District Reporters PC - Invoice #0503970-IN | 126.54 |
| 09/28/2018 | Depositions Transcripts Southern District Reporters PC - Invoice #0504548-IN | 146.52 |
| | **Total Expenses** | 680.65 |

## Advances

| Date | Description | Amount |
|---|---|---:|
| 09/13/2018 | SSLJ: FedEx - Invoice # 6-308-54086 Fedex to Hon. Alison J. Nathan New York, NY | 18.56 |
| 10/01/2018 | Outside Professional Services Appleby - Invoice #4089234- Ongoing legal advice on Cayman Islands Exempted Companies. | 7,588.80 |
| 10/05/2018 | FedEx - Invoice # 6-338-20973 Fedex to The Honorable Sarah Netburn, New York NY | 13.69 |
| | **Total Advances** | 7,621.05 |

| | |
|---|---:|
| **TOTAL FEES AND EXPENSES DUE AT THIS TIME** | $213,973.75 |
| **RETAINER FEE** | $6,026.25 |
| **TOTAL FEES AND EXPENSES DUE AT THIS TIME** | $220,000.00 |
| **RETAINER PAID** | - $49,974.00 |
| **NET AMOUNT DUE** | $170,026.00 |

Your trust account #1 balance is

| Date | Description | Amount |
|---|---|---:|
| | Opening Balance | $0.00 |
| 09/10/2018 | Wire from Bian Shuangquan | 29,974.00 |
| 10/18/2018 | Wire from Yun Zhao | 3,000.00 |
| 10/19/2018 | Wire from Yun Zhao | 17,000.00 |
| | Closing Balance | $49,974.00 |