

**SICHENZIA ROSS FERENCE**ᴸᴸᴾ

April 16, 2019

*Via ECF*

Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square, Room 219
New York, New York 10007

      Re:    *Yun Zhao, et al. v. Extremely Bright International Investment Ltd., et al.*
             Civil Action No. 18-cv-8257-AJN-SN

Dear Judge Netburn:

    This firm represents Defendants Extremely Bright International Investment Limited and Wei Zheng (collectively, "Defendants") in the above-referenced action.

    Pursuant to Your Honor's Order, entered on April 9, 2019, please find enclosed a copy of the Parties' settlement papers in this action.

                                                       Respectfully submitted,

                                                       Thomas McEvoy, Esq. (TM-1984)

cc:    CKR Law (*via ECF*)

enclosure