

Akron | Atlanta | Beijing | Belize | Boston | British Virgin Islands
Canada | Cape Town | Cleveland | Curitiba | Djibouti | Dubai | Guangzhou
Hartford | Hong Kong | Istanbul | Jericho | Johannesburg | London | Los Angeles
Miami | Mexico City| Milan | Moscow | Naples | New York | Nyon | Orange County
Orlando | Osaka | Panama City | Paris | Philadelphia | Rome | San Diego
San Francisco | Seadoone | Seattle | Seychelles | Shanghai | St. Petersburg
Tel Aviv | Tokyo |Trinidad and Tobago | Washington D.C. | Wilmington
www.ckrlaw.com

Rosanne E. Felicello
Partner
rfelicello@ckrlaw.com
T +1.212.259.7309

April 29, 2019

***Via ECF***

The Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 219
New York, NY 10007

Re:  *Yun Zhao, et al. v. Extremely Bright International Investment Ltd., et al.;* Civil Action No. 18-cv-8257-AJN-SN

Dear Justice Nathan:

This firm formerly represented plaintiffs Yun Zhao and Zijian Wu ("Plaintiffs") in the above-referenced matter. Plaintiffs terminated their attorney-client relationship with CKR Law LLP ("CKR") by way of a letter filed on ECF on December 21, 2018. (ECF Doc. No. 33.) On January 7, 2019, CKR filed a letter to The Hon. Alison J. Nathan, in response to the Court's December 31, 2018 Order (ECF Doc. No. 34), confirming that CKR intends to formally withdraw as counsel-of-record for the Plaintiffs in this matter and requesting an order for a charging lien in connection with legal fees and expenses that Plaintiffs have failed to pay to CKR. (ECF Doc. No. 36- 36-1.) On January 11, 2019, The Hon. Alison J. Nathan issued an Order granting CKR leave to withdraw as counsel of record for Plaintiffs and ordering that CKR provide the Court with an accounting of the services rendered to Plaintiffs in this matter. (ECF Doc. No. 40.) On January 25, 2019, CKR filed documents in support of a charging lien against Plaintiffs, including an accounting of the services rendered by CKR in connection with its representation of the Plaintiffs in this matter. (ECF Doc. Nos. 42 through 42-4.) On February 15, 2019, in response to the Court's Order of January 31 (ECF Doc. No. 43), CKR filed a declaration concerning the settlement agreement (ECF Doc. No. 44). On April 16, 2019, defendants' counsel provided the Court with a copy of the settlement agreement that the parties entered in this action. (ECF Doc. No. 47.)

CKR hereby withdraws its application for a charging lien against Plaintiffs.

Hon. Alison J. Nathan
April 29, 2019
Page 2 of 2

Thank you for your consideration of this matter.

Sincerely,

Rosanne Elena Felicello

ref: REF

cc:     All Counsel of Record (via ECF)